JS-6



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABRIC SELECTION, INC., | Case No.: CV 20-1088-GW-Ex<br>_Hon. George H. Wu Presiding_ |
| Plaintiff, | |
| vs. | **ORDER ON   STIPULATION OF DISMISSAL** |
| UMGEE U.S.A., INC.; et al., | |
| Defendants . | |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court shall not award costs or attorneys' fees to either side for this action, such that the plaintiff shall bear its own costs and attorneys' fees, and the defendants, taken together, shall bear their own costs and attorneys' fees.   However, this waiver of costs between Plaintiff, on the one hand, and all Defendants together on the other hand, shall not be deemed to affect any rights or claims between co-defendants, such as claims for indemnification.


<u>SO ORDERED.</u>


Dated: September 29, 2020         By: _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE